**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

LYNN B. WHITTAKER                                                                              PLAINTIFF

v.                                                             3:05CV00208 JTR

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration                                                                       DEFENDANT

## JUDGMENT

Consistent with the Order entered on this day, IT IS CONSIDERED, ORDERED, AND ADJUDGED that judgment be entered for the Plaintiff, reversing the decision of the Commissioner, and remanding this case to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

DATED this 13th day of June, 2006.

_____
UNITED STATES MAGISTRATE JUDGE